1 | HOYER & ASSOCIATES
Richard A. Hoyer (SBN 151931)
2 | rhoyer@hoyerlaw.com
David C. Lipps (SBN 269933)
3 | dlipps@hoyerlaw.com
4 Embarcadero Center, Suite 1400
4 | San Francisco, CA  94111
*tel* (415) 766-3539
5 | *fax* (415) 276-1738

6 | Attorneys for Plaintiff
RAJENDRA PARVATANENI

7 |

8 | SCHIFF HARDIN LLP

9 | Eric L. Barnum (CA SBN 176064)   Michael T. Chin (CA SBN 259466)   Lindsey N. Berg (CA SBN 285109)
10 | ebarnum@schiffhardin.com   mchin@schiffhardin.com   lberg@schiffhardin.com
One Atlantic Center, Suite 2300   233 South Wacker Drive, Suite 6600   One Market, Spear Street Tower Thirty-Second Floor
11 | 1201 West Peachtree Street   Chicago, IL 60606   San Francisco, CA 94105
12 | Atlanta, GA 30309   Telephone:  (312)258-5500   Telephone:  (415)901-8700
Telephone:  (404) 437-7000   Facsimile:  (312) 258-5600   Facsimile:  (415) 901-8701
13 | Facsimile:  (404) 437-7100

14 | Attorneys for Defendant
E*TRADE FINANCIAL CORPORATION

15 |

16 | UNITED STATES DISTRICT COURT

17 | NORTHERN DISTRICT OF CALIFORNIA

18 |

19 | RAJENDRA PARVATANENI, on behalf of The State of California,   Case No. 13-cv-02428-JSW

20 | Plaintiff,   **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON CROSS MOTIONS TO DISMISS**

21 | vs.

22 | E*TRADE FINANCIAL CORPORATION, and DOES 1–10,

23 | Defendant,

24 |

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON CROSS MOTIONS TO DISMISS**   1
Case No. 13-cv-02428-JSW

1    WHEREAS Defendant's Motion to Dismiss Complaint, or, in the Alternative, Compel
2 Individual Arbitration and Stay proceedings ("Defendant's Motion"), and Plaintiff's Motion to
3 Compel Arbitration and Opposition to Defendant's Motion to Dismiss or Compel Arbitration
4 ("Plaintiff's Motion") are currently set for hearing on August 9, 2013.

5    WHEREAS Plaintiff's counsel will both be out of the country on August 9, 2013 for
6 previously-scheduled family vacations, for which tickets were purchased prior to the filling
7 of Defendant's Motion.  Plaintiff's counsel will not be available for hearing on the Motions
8 until August 30, 2013.

9    WHEREAS the Court has previously issued an Order setting a Case Management
10 Conference for August 30, 2013 at 1:30 p.m. and requiring the parties file a joint case
11 management statement no later than five (5) court days prior to the conference.

12 / / /
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /

WHEREFORE THE PARTIES HEREBY STIPULATE AND REQUEST THAT the hearing on the parties' motions be continued to August 30, 2013 and be heard in conjunction with the Case Management Conference, or as soon thereafter as the matters may be heard on a date more convenient for the Court.

Date: July 1, 2013                HOYER & ASSOCIATES

_____
David C. Lipps
Attorney for Plaintiff
RAJENDRA PARVATANENI

Date: July 1, 2013                SCHIFF HARDIN LLP

*/s/ Eric L. Barnum*
_____
Eric L. Barnum
Michael T. Chin
Lindsey N. Berg
Attorney for Defendant
E*TRADE FINANCIAL CORPORATION

The Court HEREBY CONTINUES the hearing on the pending cross-motions and case management to 9:00 on October 4, 2013.
IT IS SO ORDERED.

Date: July 2, 2013                ~~PURSUANT TO STIPULATION, IT IS SO ORDERED.~~

_____
Hon. Jeffrey S. White
United States District Court Judge
RAJENDRA PARVATANENI

40575-0003
DC\80588565.1

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON CROSS MOTIONS TO DISMISS**  3
Case No. 13-cv-02428-JSW