HOYER & ASSOCIATES
Richard A. Hoyer (SBN 151931)
rhoyer@hoyerlaw.com
David C. Lipps (SBN 269933)
dlipps@hoyerlaw.com
4 Embarcadero Center, Suite 1400
San Francisco, CA  94111
*tel* (415) 766-3539
*fax* (415) 276-1738

Attorneys for Plaintiff
RAJENDRA PARVATANENI


SCHIFF HARDIN LLP

| Eric L. Barnum (CA SBN 176064) | Michael T. Chin (CA SBN 259466) | Lindsey N. Berg (CA SBN 285109) |
|---|---|---|
| ebarnum@schiffhardin.com | mchin@schiffhardin.com | lberg@schiffhardin.com |
| One Atlantic Center, Suite 2300 | 233 South Wacker Drive, Suite 6600 | One Market, Spear Street Tower Thirty-Second Floor |
| 1201 West Peachtree Street | Chicago, IL 60606 | San Francisco, CA 94105 |
| Atlanta, GA 30309 | Telephone: (312)258-5500 | Telephone: (415)901-8700 |
| Telephone: (404) 437-7000 | Facsimile: (312) 258-5600 | Facsimile: (415) 901-8701 |
| Facsimile: (404) 437-7100 | | |

Attorneys for Defendant
E*TRADE FINANCIAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJENDRA PARVATANENI, on behalf of The State of California,<br><br>Plaintiff,<br><br>vs.<br><br>E*TRADE FINANCIAL CORPORATION, and DOES 1–10,<br><br>Defendant, | Case No. 13-cv-02428-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON CROSS MOTIONS TO DISMISS** |

1    WHEREAS Defendant's Motion to Dismiss Complaint, or, in the Alternative, Compel
2 Individual Arbitration and Stay proceedings ("Defendant's Motion"), and Plaintiff's Motion to
3 Compel Arbitration and Opposition to Defendant's Motion to Dismiss or Compel Arbitration
4 ("Plaintiff's Motion") are currently set for hearing on August 9, 2013.

5    WHEREAS Plaintiff's counsel will both be out of the country on August 9, 2013 for
6 previously-scheduled family vacations, for which tickets were purchased prior to the filling
7 of Defendant's Motion.  Plaintiff's counsel will not be available for hearing on the Motions
8 until August 30, 2013.

9    WHEREAS the Court has previously issued an Order setting a Case Management
10 Conference for August 30, 2013 at 1:30 p.m. and requiring the parties file a joint case
11 management statement no later than five (5) court days prior to the conference.

12 / / /
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /

WHEREFORE THE PARTIES HEREBY STIPULATE AND REQUEST THAT the hearing on the parties' motions be continued to August 30, 2013 and be heard in conjunction with the Case Management Conference, or as soon thereafter as the matters may be heard on a date more convenient for the Court.

Date: July 1, 2013　　　　　　　　　　　HOYER & ASSOCIATES

_____
David C. Lipps
Attorney for Plaintiff
RAJENDRA PARVATANENI

Date: July 1, 2013　　　　　　　　　　　SCHIFF HARDIN LLP

*/s/ Eric L. Barnum*
_____
Eric L. Barnum
Michael T. Chin
Lindsey N. Berg
Attorney for Defendant
E*TRADE FINANCIAL CORPORATION

The Court HEREBY CONTINUES the hearing on the pending cross-motions and case management to 9:00 on October 4, 2013.
IT IS SO ORDERED.

Date: July 2, 2013　　　　　　　　　　　~~PURSUANT TO STIPULATION, IT IS SO ORDERED.~~

_____
Hon. Jeffrey S. White
United States District Court Judge
RAJENDRA PARVATANENI

40575-0003
DC\80588565.1

**STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE HEARING ON CROSS MOTIONS TO DISMISS**　　3
Case No. 13-cv-02428-JSW